UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| HERBERT JOSEPH MONTGOMERY | * | CIVIL ACTION NO. 18-0617 |
| vs. | * | JUDGE TERRY A. DOUGHTY |
| CAPT. KELLY | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

**IT IS ORDERED** that Defendant's motion for summary judgment [doc. # 38] is GRANTED and Plaintiff's claims are DISMISSED with prejudice to their being asserted again until the *Heck* conditions are met.

THUS DONE AND SIGNED this 13TH day of June, 2019, in Monroe, Louisiana.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE